Jeffrey D. Kyle / Clerk
3rd Court of Appeals
Price Daniel, Sr. Bldg / Room 101
209 W. 14th St.
Austin, Texas 78701

RE: Appeal Case No 03-03-00371-CR

Dear Sir,

On 23 Dec, 2016 I sent you a motion to "request extension of time to respond to "Anders brief." I forgot to include in forma pauperis.

Please file the enclosure with my request to proceed.

Happy Holidays to you.

Respectfully,

Michael Terry Brugmann

TDCJ # 1168101
Appellant pro se
1697 Fm 980
Huntsville, Tx 77343

(michael Terry Brugmann)

RECEIVED
JAN 0 4 2017
THIRD COURT OF APPEALS
JEFFREY D. KYLE

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE         12/27/16
1072/SM00204             IN-FORMA-PAUPERIS DATA                   09:50:40
TDCJ#: 01160101 SID#: 05925934 LOCATION: ELLIS        INDIGENT DTE:
NAME: BRUGMANN, MICHAEL TERRY          BEGINNING PERIOD: 06/01/16
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        146.21 TOT HOLD AMT:        0.00 3MTH TOT DEP:      150.00
MTH DEP:            350.00 6MTH AVG BAL:       54.04 6MTH AVG DEP:       58.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
11/16     108.32          50.00        08/16     104.11          100.00
10/16      77.95          50.00        07/16      50.13           50.00
09/16      78.73          50.00        06/16      68.37           50.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS-COUNTY OF _Walker_
ON THIS THE **27th** DAY OF _December_, _2016_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIS:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



**M. SCHANFISH**
Notary Public. State of Texas
My Commission Expires
10-27-2017
Notary Without Bond

RECEIVED
JAN 0 4 2017
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE ___21ST___ DISTRICT OF TEXAS
_____ DIVISION

*3rd Court of Appeals, Austin, TX*

___Brugmann, Michael Terry___
Plaintiff's name and ID Number

___Ellis 1 Unit Huntsville, TX 77343___
Place of Confinement

V.

___State of Texas___
Defendant's name and address

CASE NO._____
(Clerk will assign the number)

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

I, ___Michael Terry Brugmann___, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?      Yes ☐  No ☒
    b.  Rent payments, interest or dividends?               Yes ☐  No ☒
    c.  Pensions, annuities or life insurance payments?     Yes ☐  No ☒
    d.  Gifts or inheritances?                              Yes ☐  No ☒
    e.  Family or friends?                                  Yes ☒  No ☐
    f.  Any other sources?                                  Yes ☐  No ☒

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    ___Mother sends $50.00 dollars a month, but $100.00 dollars for Christmas or birthday.___

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☒          No ☐

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    ___Christmas statement "ITF" showed about $146.00___

RECEIVED
JAN 04 2017
THIRD COURT OF APPEALS
JEFFREY D. KYLE

1

☆ATCIFP (REV. 9/02)

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐       No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ____27ᵗʰ____ day of ___December___, 20 _16_.

_____Michael Terry Brugmann_____ TDCJ# 1168101____
Signature of Plaintiff                         ID Number

**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

Michael Terry Bruggmann
TDCJ # 1168101
(Appellant pro se)
1697 FM 980
Huntsville, Texas 77343

USA FOREVER 2016

Jeffrey D. Kyle, Clerk
3rd Court of Appeals
Price Daniel, Sr. Bldg./ Room 101
209 W. 14th Street
Austin, Texas 78701

78701-151405